# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MIDWEST WIRELESS, LLC,**<br>a Nebraska Limited Liability Company, | ) ) ) | |
| **Plaintiff,** | ) ) | **8:06CV647** |
| vs. | ) ) | **ORDER** |
| **TESSCO TECHNOLOGIES**<br>**INCORPORATED,**<br>a Delaware Corporation, | ) ) ) ) | |
| **Defendant and**<br>**Third-Party Plaintiff,** | ) ) ) | |
| vs. | ) ) | |
| **NAVINI NETWORKS INCORPORATED,**<br>a Delaware Corporation, | ) ) ) | |
| **Third-Party Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on July 23, 2007.

**IT IS ORDERED:**

1.      The **telephone** planning conference with the undersigned magistrate judge is continued to **October 4, 2007, at 2:00 p.m. Central Daylight Time**.  Plaintiff's counsel shall initiate the telephone conference.

2.      The third-party defendant shall have **to on or before August 27, 2007,** to file its Answer to the Third-Party Complaint.

DATED this 24th day of July, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge