IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIDWEST WIRELESS, L.L.C., A Nebraska Limited Liability Company, | |
| Plaintiff, | 8:06CV647 |
| v. | |
| TESSCO TECHNOLOGIES, Incorporated, a Delaware Corporation, | ORDER OF DISMISSAL |
| Defendant/Third-Party Plaintiff, | |
| v. | |
| NAVINI NETWORKS INCORPORATED, a Delaware Corporation, | |
| Third-Party Defendant. | |

The matter before the court is the parties' joint Stipulation for Dismissal with prejudice, Filing No. 52. The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), all claims presented by the Complaint and Third-Party Compliant are hereby dismissed in their entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 5th day of October, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge